RONALD *v.* MUTUAL RESERVE LIFE FUND ASS'N.

(*Supreme Court, General Term, First Department.* July 18, 1890.)

**1. LIFE INSURANCE—CONDITIONS OF POLICY—ACCEPTANCE OF OVERDUE PREMIUM.**
   A policy of life insurance stipulated that, upon a failure to pay any premium when due, the policy should become void. There was such a failure; and, upon a tender of the amount thereafter, the insurer accepted it, and gave a receipt which stated that it was accepted upon condition that the insured was of temperate habits, and in as good health as when the policy was issued, otherwise the payment and receipt and the original policy should be void. Such acceptance and receipt were provided for in the constitution and by-laws of the insurance company, which were made a part of the original contract of insurance. *Held,* that such payment and receipt constituted a new contract, by which insured was bound, whether he read the receipt or not; and, it appearing that he was not at that time of temperate habits, nor in as good health as when he was originally insured, the receipt was of no effect, and the policy remained void.

**2. SAME—WAIVER.**
   A life insurance company does not waive a forfeiture of a policy by requesting proofs of the death of the insured, and giving instructions in regard thereto.
   Affirming 7 N. Y. Supp. 152.

Appeal from circuit court, New York county.

Action by Agnes Ronald against the Mutual Reserve Life Fund Association. From a judgment entered on dismissal of complaint at close of plaintiff's case, (7 N. Y. Supp. 152,) plaintiff appeals.

Argued before VAN BRUNT, P. J., and BARTLETT, J.

*Chas. B. Meyer,* for appellant.    *Alfred Taylor,* for respondent.

PER CURIAM. It would be unprofitable to add to the reasons given by Mr. Justice BARRETT, on the trial of this action, for dismissing the complaint. It is enough to say that those reasons seem to us entirely satisfactory and convincing, and that we fully concur in the conclusion to which they led the learned judge. Judgment affirmed on the opinion of the court below, with costs.